# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDRIY ZMYSLY, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 26-03369-CV-S-BP |
| | ) | |
| CASS MARTIN, in his official capacity as | ) | |
| Sheriff of Ozark County, SAMUEL OLSEN, in | ) | |
| his official capacity as Chicago Filed Office | ) | |
| Director for U.S. Immigration and Customs | ) | |
| Enforcement, and MARKWAYNE MULLIN, | ) | |
| in his official capacity as Secretary of the | ) | |
| Department of Homeland Security, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER ESTABLISHING BRIEFING SCHEDULE

On June 25, 2026, Petitioner filed a Petition for Writ of Habeas Corpus. One Respondent is the Sheriff of Ozark County, Missouri, where he is being held. He has also named two federal officials (the "Federal Respondents") because he is being held under their authority.[1] Petitioner alleges, *inter alia*, that he has been in custody since September 2025 and his removal from this country is not imminent, so his detention violates the Supreme Court's holding in *Zadvydas v. Davis*, 533 U.S. 678 (2001).

Pursuant to 28 U.S.C. § 2243, the Federal Respondents shall respond to all three counts in the Petition on or before July 6, 2026, to respond to the Petitioner. Petitioner shall have until and including July 13, 2026, to file a Traverse.

The Clerk of Court shall deliver a copy of this Order to:

United States Attorney's Office
ATTN: Jeffrey Ray
Charles Evans Whittaker Courthouse
Room 5510

---

[1] All Respondents are named in their official capacities only.

400 E. 9th Street
Kansas City, MO  64106


**IT IS SO ORDERED.**

                                          /s/ Beth Phillips
                                          BETH PHILLIPS, JUDGE
**DATE**:  June 29, 2026                   UNITED STATES DISTRICT COURT


2